UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| IN RE: ) | |
| WHITE, RICHARD A ) | BANKRUPTCY CASE 10-14546 |
| WHITE, CAROLYN A ) | Chapter 7 |
| ) | |
| DEBTORS. ) | |

## NOTICE PURSUANT TO F.R.B.P. 3010

Comes now the Trustee, Dustin M. Roach, and advises that dividends to the below-listed creditors were less than $5.00 each:

| | | |
|---|---|---|
| Claim # 2, | Chase Bank USA, N.A., P.O. Box 15145 Wilmington, DE 19850-5145 | $2.60 |
| | TOTAL: | $2.60 |

Respectfully submitted.

/s/ Dustin M. Roach, Chapter 7 Panel Trustee
Dustin M. Roach, Chapter 7 Panel Trustee
436 East Wayne Street
Fort Wayne, IN 46802
(260) 424-8132

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 25th day of July, 2011, a true and correct copy of the above and foregoing NOTICE PURSUANT TO F.R.B.P. 3010 was transmitted electronically through the Bankruptcy Court's ECF System to: the United States Trustee, at USTPRegion10.SO.ECF@usdoj.gov. Brian Kaiser, 425 North Wayne Street, Angola, IN 46703. and was sent via first class United States mail. postage prepaid, to the Creditor(s) listed above at the address(es) indicated.

/s/ Dustin M. Roach
Dustin M. Roach